UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: APPLICATION OF PAYWARD OCEANIC LTD. FOR AN ORDER UNDER 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING | Case No. 26-mc-315 |

**ORDER**

Having reviewed the Ex Parte Application Of Payward Oceanic LTD. ("Payward" or "Applicant") for an Order Granting Leave to Obtain Discovery for Use in a Foreign Proceeding pursuant to 28 U.S.C. § 1782 (the "Application"), Dkt. 2, the Memorandum of Law of Applicant, Dkt. 4, the Declarations of Renee Zaystev, David Holman Hunt, and Rosalind Nicholson, Dkts. 5, 6, 7, and the Exhibits thereto,

THE COURT HEREBY ORDERS THAT:

1. Applicant's Application for an order to take discovery from The Clearing House Payments Company LLC, The Bank of New York Mellon Corporation, Citibank N.A., Bank of America N.A., Wells Fargo Bank, N.A., Standard Chartered Bank, the Federal Reserve Bank of New York, American Express Company, JPMorgan Chase Bank, N.A., Capital One, N.A., Mastercard International Incorporated, and Visa U.S.A., Inc. is GRANTED without prejudice to any objection that any of the banks or companies may raise, including that the application does not meet the requirements of § 1782.
2. Applicant is ordered to serve a copy of this Order on each bank or company.
3. Applicant is authorized, pursuant to 28 U.S.C. § 1782, to issue and serve the subpoena substantially in the form attached to the Zaystev Declaration as exhibits thereto.

The Court shall retain jurisdiction over this matter for the purpose of enforcing this Order and assessing any supplemental request for discovery assistance.

The Clerk of Court is respectfully directed to terminate Dkt. 2 and close the case.

Dated: June 25, 2026
        New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge