UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: APPLICATION OF PAYWARD OCEANIC LTD. FOR AN ORDER UNDER 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING

Case No. 26-mc-315

**ORDER**

On June 25, 2026, this Court granted Payward Oceanic LTD's ("Payward") Ex Parte Application for an Order Granting Leave to Obtain Discovery for Use in a Foreign Proceeding pursuant to 28 U.S.C. § 1782. Dkt. 10. In doing so, it allowed Payward to subpoena twelve banks, clearing houses, and credit card companies. *Id.*

On September 22, 2026, Payward filed a letter motion requesting leave to subpoena and obtain discovery from one additional bank: Barclays Bank PLC ("Barclays"). Dkt. 12. The Court has reviewed that letter as well as the accompanying declaration of Renee Zaytsev.

While Payward argues in its letter that Barclays maintains a headquarters "in New York," it fails to introduce any evidence (such as a statement in the declaration) to that effect. Moreover, the proper inquiry is not whether Barclays "resides or is found" in New York, but rather whether it "resides or is found" in the district. 28 U.S.C. § 1782. Now, you might think that Barclays's presence in this district would be obvious to any New Yorker who walks through the streets of Manhattan on a daily basis. But Section 1782 applications are not supposed to be granted as a matter of course; the necessary statutory requirements must be followed. Here, Payward has not shown with evidence that the requirements of Section 1782 are met. Its letter motion is DENIED without prejudice.

The Clerk of Court is respectfully directed to terminate Dkt. 12.

Dated: September 23, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge